UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SHIRLEY DEVRIES,

       Plaintiff,

Case No. 1:05-cv-684

v.

Hon. Richard Alan Enslen

BIOLIFE PLASMA SERVICES, L.P.,

**JUDGMENT**

       Defendant.
_____/

In accordance with the Opinion of this date;

**IT IS HEREBY ORDERED** that Defendant BioLife Plasma Services, L.P.'s Motion to Strike (Dkt. No. 36) is **GRANTED IN PART AND DENIED IN PART** in that paragraphs 17-19 and 22 only are **STRICKEN**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Dkt. No. 28) is **GRANTED**, and summary judgment is entered in favor of Defendant and against Plaintiff Shirley DeVries pursuant to Federal Rule of Civil Procedure 56 as to all claims brought in this suit, which claims are **DISMISSED WITH PREJUDICE**.

Dated in Kalamazoo, MI:                             /s/Richard Alan Enslen
September 19, 2006                                 Richard Alan Enslen
                                                        Senior United States District Judge